McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER,
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA MAE HENSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 2:18-CV-00085 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 15 days to respond to Plaintiff's Motion for Summary Judgment up to and including August 14, 2018. This late extension is being sought because of a calendaring error on the part of the Commissioner's attorneys. Per the Case Management Order, the Commissioner's response to Plaintiff's Motion for Summary Judgment was due 30 days after Plaintiff filed (Doc. No. 3). Plaintiff filed on June 29, 2018 (Doc. No. 13), making the Commissioner's response due on July 30, 2018. The undersigned did not become associated with this case on August 6, 2018 (Doc. No. 14). At that time, she was told the due date was August 13, 2018. The attorney who provided that information had misread the scheduling order and the undersigned did

not think to double check.  The undersigned had planned on filing on August 13, 2018, but realized very late in the evening that her pleading was already 14 days late.  At that time, she decided to seek a stipulation from Plaintiff's counsel and file her Cross-Motion for Summary Judgment on August 14 after obtaining approval.  The undersigned will file her motion simultaneously with this stipulation. She did not intend to intentionally delay these proceedings and apologizes for any inconvenience to the Court or to Plaintiff.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 14, 2018

By: */s/ Shanny Lee*
SHANNY LEE
(as authorized via email)
Law Offices of Charles E. Binder and Harry J. Binder

Attorney for Plaintiff

Dated: August 14, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

The stipulated request for an extension of time for defendant to file her motion for summary judgment is granted.  The motion for summary judgment filed on August 14, 2018, is deemed timely.

DATED: August 15, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE